JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
KIMBERLY M. FRAYN
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-465 |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| CARLOS ANTONIO ALBA-CERVANTES,<br>  aka "Carlos Alberto Alba-Cervantes,"<br>  aka "Carlos Alba," and<br>  aka "Carlos Cervantes," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

5

1     IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

2 on <u>June 16, 2023,</u> at the hour of <u>4:00</u> p.m., be vacated and continued to <u>August 23, 2023 at</u>

3 the hour of 4:00 PM.

4     DATED this 12th day of June, 2023.

 

                                         _____
                                         HONORABLE NANCY J. KOPPE
                                         UNITED STATES MAGISTRATE JUDGE